|   |   |
|---|---|
| 1 | ANDRÉ BIROTTE JR. |
|   | United States Attorney |
| 2 | LEON W. WEIDMAN |
| 3 | Assistant United States Attorney |
|   | Chief, Civil Division |
| 4 | TIMOTHY R. BOLIN, CSBN 259511 |
| 5 | Special Assistant United States Attorney |

      Social Security Administration
      Office of the General Counsel
      333 Market St., Ste. 1500
      San Francisco, CA 94105
      Telephone: (415) 977-8982
      Facsimile: (415) 744-0134
      Email: timothy.bolin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| KIM ANCORA, | Case No. 8:11-cv-00763-PLA |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, | |
| Commissioner of Social Security, | |
| Defendant. | |

    The Court having approved the parties' Joint Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (Stipulation to Remand) lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED, AND**

////

1  **DECREED** that the above-captioned action is remanded to the Commissioner of
2  Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  November 14, 2011

*/s/ Paul L. Abrams*

HON. PAUL L. ABRAMS
United States Magistrate Judge